**Petition for Writ of Mandamus Denied and Memorandum Opinion filed February 12, 2015.**



In The

# Fourteenth Court of Appeals

### NO. 14-15-00054-CV

### IN RE CONNIE V. HARRISON, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**311th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2006-68864**

---

## MEMORANDUM OPINION

On January 16, 2015, relator Connie V. Harrison filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Alicia K. Franklin, presiding judge of the 311th District Court of Harris County, to vacate an order denying a motion to dismiss and to instead issue an order granting the same.

Relator has not satisfied her burden to demonstrate her entitlement to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Boyce and Brown.